**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| GEORGE FRANKLIN BREWER, JR. | ) | BANKRUPTCY CASE NUMBER 08-12660 |
| FLORA GAIL BREWER | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

<u>**NOTICE PURSUANT TO F.R.B.P. 3010**</u>

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed

creditors were less than $5.00 each:

CLAIM # 12    GE Money Bank dba Walmart          $ 3.62
Recovery Mgmnt. Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, Florida   33131

**TOTAL:    $ 3.62**

Respectfully submitted,
_____/s/ Yvette Gaff Kleven _____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 8th day of February, 2010, a true and correct copy of

the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the

Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and

was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address

indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven